IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| LENA BELL ROMAN VILLEGAS<br>Plaintiff<br>vs<br>SAM'S CLUB/WALMART PUERTO RICO<br>Defendant | CIVIL 17-1078CCC |

## JUDGMENT

Having considered the parties' Joint Motion for Voluntary Dismissal with Prejudice (**d.e. 49**) filed on June 27, 2018, informing the Court that they have entered into a "Confidential Settlement and General Release Agreement," which is GRANTED, it is ORDERED and ADJUDGED that judgment be entered DISMISSING the action against defendant Sam's Club/Walmart Puerto Rico, WITH PREJUDICE and without the imposition of costs or attorneys' fees.

The jury trial scheduled for September 13, 2018 is, therefore, VACATED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on June 28, 2018.

S/CARMEN CONSUELO CEREZO
United States District Judge